## Nancy P. Graham v. Thomas C. Grady.

1. ERRORS ASSIGNED—*when Appellate Court will not review.* The Appellate Court will not review errors assigned where the appellant failed to take exception to the action of the court in overruling the motion for a new trial.

Action of assumpsit. Appeal, from the Circuit Court of DeWitt County; the Hon. SOLON PHILBRICK, Judge, presiding. Heard in this court at the November term, 1904. Affirmed. Opinion filed June 21, 1905.

GEORGE K. INGHAM, for appellant.

HERRICK & HERRICK, for appellee.

MR. JUSTICE BAUME delivered the opinion of the court.

Appellee recovered a verdict and judgment against appellant in the Circuit Court of De Witt county for $175, claimed to be due appellee for services in procuring a purchaser for appellant's land.

Appellant having failed to take an exception to the action of the trial court in overruling her motion for a new trial, this court is precluded from considering and determining the questions presented on this appeal. C., B. & Q. R. R. Co. v. Haselwood, 194 Ill., 69; Call v. The People, 201 Ill., 499.

The judgment of the Circuit Court will therefore be affirmed.

*Affirmed.*